UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:04-M-101

FILED
JAN 0 4 2011
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES OF AMERICA )
) ORDER ALLOWING DISMISSAL OF
v. ) CRIMINAL INFORMATION AND
) WITHDRAWAL OF ARREST WARRANT
DANIEL DELGADO )

Leave of court is granted for the filing of the foregoing dismissal.

1-4-2011
DATE:

_____
ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE